IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY WAYNE HOOKER                                                   PLAINTIFF

v.                              Case No. 1:16-cv-1078

SHERYL MENDENHALL;
JAMES BOLTON; and
DOUG WOODS                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 17, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 22) be granted and that Plaintiff Gary Wayne Hooker's claims against all Defendants be dismissed with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 22) is hereby **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of August, 2017.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge